20-2192-MJ-BECERRA

FILED BY YR D.C.
Feb 7, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami



**U.S. Department of Justice**

United States Attorney
Southern District of Florida

---

Yisel Valdes
Assistant United States Attorney
99 N.E. 4th Street, 6th Floor
Miami, Florida 33132
(305) 961-9260

February 6, 2020

Mildrey Maturell Pino

VIA E-MAIL

Ms. Maturell Pino:

    This letter is to notify you that you are a target of a grand jury investigation in the Southern District of Florida involving possible violations of federal criminal law. This investigation involves, but is not limited to, violations of Title 18, United States Code, Section 1546, Title 18, United States Code, Section 1028A and other offenses.

    If you have retained counsel, please have him or her contact me regarding this matter. If you have not, I urge you to do so, and to ask your attorney to contact me regarding this matter.

    If you are unable to afford counsel, you may, under certain circumstances, be entitled to court-appointed counsel at no cost. If this is the case, I encourage you to contact me at the telephone number above for the limited purpose of arranging a hearing before a judicial officer to inquire into your eligibility to have counsel appointed at no cost to you.

Sincerely,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *Yisel Valdes*
Yisel Valdes
Assistant United States Attorney